Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GRANTSMANSHIP CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GRANT WRITING USA, INC., *et al.*,<br><br>Defendants. | Case No.: CV17-03980-R (AFMx)<br><u>Hon. Manuel L. Real Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS THE ACTION WITH PREJUDICE** |

- 1 -

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action be dismissed with prejudice; and,
2. Each party is to bear its own costs and fees as incurred against one another in this action.

SO ORDERED.

Date: March 27, 2018        By: _____
                                HON. MANUEL L. REAL
                                U.S. DISTRICT COURT JUDGE